UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


TAMOND DUNBAR                                      CIVIL ACTION

VERSUS                                             NUMBER: 13-6451

N.O.P.D. (NEW ORLEANS                              SECTION: "S"(5)
POLICE DEPARTMENT), ET AL.


                       **REPORT AND RECOMMENDATION**

    Presently before the Court is the Rule 12(b)(6) motion to dismiss of defendant, the New Orleans Police Department ("NOPD"). (Rec. doc. 9).  Plaintiff has filed no memorandum in opposition to defendant's motion.[1]/  For the reasons that follow, it is recommended that defendant's motion be granted.

    Tamond Dunbar, plaintiff herein, filed the above-captioned 42 U.S.C. §1983 proceeding in forma pauperis against defendants, the NOPD and six of its officers, complaining of the excessive use of force and, arguably, false arrest.  (Rec. docs. 6, 7).  The NOPD now moves for the dismissal of plaintiff's claim(s) against it,

---

    [1]/ As plaintiff has filed no response to defendant's motion, timely or otherwise, the Court may properly assume that he has no opposition to it.  See Local Rule 7.5; Bean v. Barnhart, 473 F.Supp.2d 739, 741 (E.D. Tex. 2007).

arguing that it lacks the capacity to be sued.  On that score, defendant is correct.  <u>Winn v. New Orleans City</u>, 919 F.Supp.2d 743, 750 (E.D. La. 2013)(Milazzo, J.).  Plaintiff's claim(s) against the NOPD thus lack facial plausibility and should be dismissed.  <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 677-78, 129 S.Ct. 1937, 1949 (2009).

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that the Rule 12(b)(6) motion to dismiss of defendant, the New Orleans Police Department, be granted and that plaintiff's claim(s) against it be dismissed.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en banc</u>).

New Orleans, Louisiana, this 20th day of February, 2014.

                                              ALMA L. CHASEZ
                               UNITED STATES MAGISTRATE JUDGE