UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMOND DUNBAR                                                CIVIL ACTION

VERSUS                                                       NUMBER: 13-6451

N.O.P.D. (NEW ORLEANS                                        SECTION: "S"(5)
POLICE DEPARTMENT), ET AL.

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Rule 12(b)(6) motion to dismiss of defendant, the New Orleans Police Department, be granted and that plaintiff's claim(s) against it be dismissed.

New Orleans, Louisiana, this 2nd day of April, 2014.

UNITED STATES DISTRICT JUDGE