UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMOND DUNBAR | CIVIL ACTION |
| VERSUS | NUMBER: 13-6451 |
| N.O.P.D. (NEW ORLEANS POLICE DEPARTMENT), ET AL. | SECTION: "S"(5) |

### **ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's suit is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  31st  day of           July          , 2014.

UNITED STATES DISTRICT JUDGE